DAVID M. POITRAS P.C. (Bar No. 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080/Facsimile : (310) 712-8571
Email: dpoitras@jmbm.com

KAREN L. GILMAN
WOLFF & SAMSON PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2006/Facsimile: (973) 530-2206
E-mail: kgilman@wolffsamson.com

Attorneys for Defendant Federal Insurance Company

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation; CRABBY BOB'S FRANCHISE CORP., a California corporation; LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03 15911 ES,<br><br>Reorganized Debtor. | Case No. 8:06-bk-11444 ES<br><br>Chapter 11 |
| SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation; CRABBY BOB'S FRANCHISE CORP., a California corporation; LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03 15911 ES,<br>Plaintiffs.<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, a New Jersey Corporation,<br>Defendant. | Adversary Case No. 8:08-ap-01190-ES<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT AND FOR ACCOUNTING**<br><br>**Pre-Trial Conference:**<br><br>Date: January 21, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 5A<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

The parties submit the following Stipulation for Dismissal of Complaint for Declaratory Judgment and for Accounting (the "Complaint" or "Stipulation" as applicable) and represent as follows:

**RECITALS**

1. Spectrum Restaurant Group, Inc., a Delaware corporation; Grandy's, Inc., a California corporation; Spoons Restaurants, Inc., a Texas corporation; Spectrum Foods, Inc., a California corporation; Crabby Bob's Franchise Corp., a California corporation; and Local Favorite, Inc., a California corporation are the substantively consolidated reorganized debtors under Case No. 8:03 15911 ES (collectively, the "Debtor" or "Plaintiff") in the above-captioned bankruptcy case.

2. Federal Insurance Company ("Defendant"), a New Jersey corporation, is the defendant in the above-captioned adversary proceeding (collectively Defendant and Plaintiff will be referred to herein as the "Parties").

3. The Complaint was filed herein on May 27, 2008.

4. Defendant timely filed an answer to the Complaint.

5. The Pre-Trial Conference on the Complaint is presently set for January 21, 2010 at 9:30 a.m.

6. By order entered November 2, 2009, the Court approved a settlement of the Parties concerning the claims and causes of action set forth in the Complaint, which order is now a final order.

7. Pursuant to the Court-approved settlement the Parties agreed to dismiss the Complaint and the Parties will bear their own costs regarding the Complaint and the adversary proceeding.

**STIPULATION**

A. Recitals 1 through 7 above accurately set forth the basis for this Stipulation and each is incorporated herein by this reference.

B. The Pre-Trial Conference shall be taken off calendar and no appearances or pre-trial statement are required.

C. This adversary proceeding shall be dismissed with prejudice.

D. Each Party shall bear its own costs and attorneys' fee incurred as a result of the filing of the Complaint and this adversary proceeding.

Respectfully submitted,

Dated: December 21, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP

\- AND -

WOLFF & SAMSON, PC

BY: /s/ David M. Poitras
DAVID M. POITRAS

Attorneys for Defendant Federal Insurance Company

Dated: December 21, 2009

SHULMAN HODGES & BASTIAN LLP

BY: [signature]
LEONARD M. SHULMAN
SAMUEL J. ROMERO

Special Counsel for Plaintiff and Reorganized Debtor



6665655v1

| In re: SPECTRUM RESTAURANT GROUP, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:06-bk-11444 ES |
|---|---|
| SPECTRUM RESTAURANT GROUP, INC. vs. FEDERAL INSURANCE COMPANY | ADV. NUMBER: 8:08-ap-01190-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

The foregoing document described as **STIPULATION FOR DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT AND FOR ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David M Poitras dpoitras@jmbm.com
- Leonard M Shulman lshulman@shbllp.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On December 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**SERVED BY OVERNIGHT MAIL**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 30, 2009 | Billie Terry | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |