DAVID M. POITRAS P.C. (Bar No. 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080/Facsimile : (310) 712-8571
Email: dpoitras@jmbm.com

KAREN L. GILMAN
WOLFF & SAMSON PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2006/Facsimile: (973) 530-2206
E-mail: kgilman@wolffsamson.com

Attorneys for Defendant Federal Insurance Company

FILED & ENTERED

JAN 15 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation; CRABBY BOB'S FRANCHISE CORP., a California corporation; LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03 15911 ES,<br><br>Reorganized Debtor. | Case No. 8:06-bk-11444 ES<br><br>Chapter 11 |
| SPECTRUM RESTAURANT GROUP, INC., a Delaware corporation; GRANDY'S, INC., a California corporation; SPOONS RESTAURANTS, INC., a Texas corporation; SPECTRUM FOODS, INC., a California corporation; CRABBY BOB'S FRANCHISE CORP., a California corporation; LOCAL FAVORITE, INC., a California corporation; Substantively consolidated reorganized debtors under Case No. SA 03 15911 ES,<br><br>Plaintiffs.<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, a New Jersey Corporation,<br><br>Defendant. | Adversary Case No. 8:08-ap-01190-ES<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT AND FOR ACCOUNTING**<br><br>**<u>Pre-Trial Conference</u>:**<br><br>Date: January 21, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 5A<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

This Court having considered the Stipulation for Dismissal of Complaint for Declaratory Judgment and for Accounting (the "Stipulation"); filed by FEDERAL INSURANCE COMPANY, a New Jersey Corporation; and good cause appearing, it is hereby

**ORDERED**, that the Stipulation is approved and confirmed as an Order of this Court.

**ORDERED**, that the Pre-Trial Conference shall be taken off calendar and no appearances or pre-trial statement are required.

**ORDERED**, that this adversary proceeding is dismissed with prejudice.

**ORDERED**, that each party shall bear its own costs and attorneys' fee incurred as a result of the filing of the complaint and this adversary proceeding.

# # #

DATED: January 15, 2010

United States Bankruptcy Judge



6680937v1

| In re: SPECTRUM RESTAURANT GROUP, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:06-bk-11444 ES |
|---|---|
| SPECTRUM RESTAURANT GROUP, INC. vs. FEDERAL INSURANCE COMPANY | ADV. NUMBER: 8:08-ap-01190-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

The foregoing document described as **ORDER APPROVING STIPULATION FOR DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT AND FOR ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**SERVED BY OVERNIGHT MAIL**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 30, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**SERVED BY FACSIMILE**

- Leonard M Shulman lshulman@shbllp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 30, 2009 | Billie Terry | /s/ Billie Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: SPECTRUM RESTAURANT GROUP, INC. Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:06-bk-11444 ES |
| SPECTRUM RESTAURANT GROUP, INC. vs. FEDERAL INSURANCE COMPANY | ADV. NUMBER: 8:08-ap-01190-ES |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ) **ORDER APPROVING STIPULATION FOR DISMISSAL OF COMPLAINT FOR DECLARATORY JUDGMENT AND FOR ACCOUNTING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 30, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David M Poitras dpoitras@jmbm.com
- Leonard M Shulman lshulman@shbllp.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page